IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRIDGETTE MILLER,

    Plaintiff,

v.                                          CASE NO.: 4:08cv63-SPM/WCS

GOLDCO, INC., d/b/a BURGER KING,

    Defendant.
_____/

## ORDER OF DISMISSAL

Upon notification by counsel for Plaintiff that this case has settled, pursuant to Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 9th day of February, 2009.

                                              *s/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              United States District Judge